Form B6 - Summary (12/07)                                              2007 USBC, Central District of California

# UNITED STATES BANKRUPTCY COURT
## Central District of California

| In re | Baby Trend, Inc. | | Case No. | 06:09-bk-34090 | |
|---|---|---|---|---|---|
| | | Debtor. | | | (if known) |

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| | NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|---|
| A - | Real Property | Yes | 1 | N/A | | |
| B- | Personal Property | Yes | 3 | $ 8.6 - 13.3 million | | |
| C- | Property Claimed as Exempt | Yes | 1 | | | |
| D- | Creditors Holding Secured Claims | Yes | 1 | | $  7,225,000.00 | |
| E- | Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 3 | | $      15,854.85 | |
| F- | Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | $ 11,627,093.00 | |
| G- | Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H- | Codebtors | Yes | 1 | | | |
| I- | Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J- | Current Expenditures of Individual Debtors | No | 0 | | | N/A |
| | **TOTAL** | | 21 | $ 8.6 - 13.3 million | $18,867,947.00 | |

In re: Baby Trend, Inc.

Debtor

Case No. 06:09-BK-34090

(If known)

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned by a co-tenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "none" under "Description and Location of Property."

Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.

If any entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C Property Claimed as Exempt.

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | Husband, Wife, Joint or Community | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |
| | | Schedule Total | | |

Page 1 of 1

8796770.1

In re: Baby Trend, Inc.                                           Case No. _____ 06:09-BK-34090
_____                                        _____
                Debtor                                                              (If known)

## SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind.  If the debtor has no property in one or more of the categories, place an "X" in the appropriate position in the column labeled "None"  If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category.  If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."  If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts are Unexpired Leases.

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1.  Cash on hand. | | PETTY CASH | | $500 |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage house, or cooperatives. | | B/A DIP OPERATING | | $1,200,000 |
| | | B/A DIP PAYROLL | | $0 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | UPWARD PACIFIC LLC (LEASE) | | $10,600 |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | N/A | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | N/A | | |
| 6.  Wearing apparel. | X | N/A | | |
| 7.  Furs and jewelry. | X | N/A | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | N/A | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | N/A | | |
| 10. Annuities. Itemize and name each issuer. | X | N/A | | |
| 11. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Itemize. | X | N/A | | |
| 12. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | N/A | | |
| 13. Interests in partnerships or joint ventures. Itemize. | X | N/A | | |

In re: Baby Trend, Inc.                                                Case No. 06:09-BK-34090
_____                                       _____
            Debtor                                                        (If known)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 14. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | N/A | | |
| 15. Accounts receivable. | | ACCOUNT RECEIVABLE | | $5.4 – $7.7 million |
| 16. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | N/A | | |
| 17. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | N/A | | |
| 18. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | N/A | | |
| 19. Contingent or non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | N/A | | |
| 20. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | N/A | | |
| 21. Patents, copyrights, and other intellectual property. Give particulars. | | CAR SEAT PATENT | | unknown |
| 22. Licenses, franchises, and other general intangibles. Give particulars. | X | N/A | | |
| 23. Automobiles, trucks, trailers, and other vehicles and accessories. | X | N/A | | |
| 24. Boats, motors, and accessories. | X | N/A | | |
| 25. Aircraft and accessories. | | N/A | | |
| 26. Office equipment, furnishings, and supplies. | | 1607 S. CAMPUS AVE | | $32,000 |
| 27. Machinery, fixtures, equipment and supplies used in business. | | 2 FORKLIFTS | | $4,500 |
| 28. Inventory. | | INVENTORY | | $1.8 - $4.4 million |
| 29. Animals. | X | N/A | | |
| 30. Crop - growing or harvested. Give particulars. | X | N/A | | |
| 31. Farming equipment and implements. | X | N/A | | |
| 32. Farm supplies, chemicals, and feed. | X | N/A | | |

In re: Baby Trend, Inc.

_____

                    Debtor

Case No. 06:09-BK-34090

                              (If known)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT, OR COMMUNITY | CURRENT MARKET VALUE OF DEBTOR'S INTEREST IN PROPERTY WITH- OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 33. Other personal property of any kind not already listed. Itemize. | X | N/A | | |

Total: $8.6 - $13.3 million

8796775.1

Form B6C - (12/07)                                                    2007 USBC, Central District of California

| In re    Baby Trend, Inc. | | Case No.:    06:09-BK-34090 | |
|---|---|---|---|
| | Debtor. | | (If known) |

## SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled
under: (Check one box)

☐ Check if debtor claims a homestead exemption that
exceeds $136,875.

☐  11 U.S.C. § 522(b)(2)

☐  11 U.S.C. § 522(b)(3)

| DESCRIPTION OF PROPERTY | SPECIFY LAW PROVIDING EACH EXEMPTION | VALUE OF CLAIMED EXEMPTION | CURRENT MARKET VALUE OF THE PROPERTY WITHOUT DEDUCTING EXEMPTION |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

Form B6D - Rev. 12/03)

2003 USBC, Central District of California

In re:  Baby Trend, Inc. _____
             Debtor

Case No.  06:09-BK-34090 _____
                        (If known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding claims secured by property of the debtor as of the date of filing of the petition. List creditors holding all types of secured interest such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interest. List creditors in alphabetical order to the extent practicable. If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," in the column labeled "Husband, Wife, Joint or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed in this schedule in the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. _____<br>DBS Bank<br>445 S. Figueroa Street , Suite 3550, Los Angeles, CA 90071 | | | CREDIT LINE | | | | $7,225,000 | $ |
| Last four digits of ACCOUNT NO. | | | | | | | | $ |
| Last four digits of ACCOUNT NO. | | | | | | | $ | $ |
| Last four digits of ACCOUNT NO. | | | | | | | $ | $ |
| | | | Total<br>(Use only last page) | | | | $7,225,000.00 | |

(Report total also on Summary of Schedules)

8796778.1

Form B6E - Rev. 04/04)

2004 USBC, Central District of California

In re: **Baby Trend, Inc.**
_____
Debtor

Case No.    06:09-BK-34090
_____
(If known)

# SCHEDULE    E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided.   Only holders of unsecured claims entitled to priority should be listed in this schedule.   In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete schedule H - Codebtors.   If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," in the column labeled "Husband, Wife, Joint or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent."   If the claim is unliquidated, place an "X" in the column labeled "Unliquidated."   If the claim is disputed, place an "X" in the column labeled "Disputed."   (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotal" on each sheet.   Report the total of all claims listed on Schedule E in the box labeled "Total" on the last sheet of the completed schedule.   Repeat this total also on the Summary of Schedules.

☐    Check this box if debtor has no creditors holding secured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐    Extensions of credit in an involuntary case

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before earlier of the appointment of a trustee or the order for relief.   11 U.S.C. § 507(a)(2).

☒    Wages, salaries, and commissions

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $4,925* per person earned within 90 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(3).

☐    Contributions to employee benefit plans

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐    Certain farmers and fishermen

Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(5).

☐    Deposits by individuals

Claims of individuals up to a maximum of $2,225* for deposits for the purchase, lease, or rental of property or services for personal, family, household use, that were not delivered or provided.   11 U.S.C. § 507(a)(6).

☐    Alimony, maintenance or support

Claims of a spouse, former spouse, or child of the debtor for alimony, maintenance, or support, to the extent provided in 11 U.S.C. § 507(a)(7).

☐    Taxes and certain other debts owed to governmental units

Taxes, customs, duties, and penalties owing to federal, state and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐    Commitments to maintain the capital of an insured depository institution

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors, to maintain the capital of an insured depository institution.   11 U.S.C. § 507(a)(9)

* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

In re: Baby Trend, Inc.
_____
Debtor

Case No. 06:09-BK-34090
_____
(If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO.<br>Employment Development Department<br>Bankruptcy Group MIC 92E<br>P. O. Box 826880<br>Sacramento, CA 94280-0001 | | | FOR NOTICE PURPOSES ONLY | | | | $ 0 | $ 0 |
| Last four digits of ACCOUNT NO.<br>Franchise Tax Board<br>Attention: Bankruptcy<br>P. O. Box 2952<br>Sacramento, CA 95812-2952 | | | FOR NOTICE PURPOSES ONLY | | | | $ 0 | $ 0 |
| Last four digits of ACCOUNT NO.<br>Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 | | | FOR NOTICE PURPOSES ONLY | | | | $ 0 | $ 0 |
| Last four digits of ACCOUNT NO.<br>Internal Revenue Service<br>Special Procedures/Bankr<br>PO Box 30213<br>Laguna Niguel, CA   92607-0213 | | | FOR NOTICE PURPOSES ONLY | | | | $ 0 | $ 0 |
| Last four digits of ACCOUNT NO.<br>County of San Bernardino Tax Collector<br>172 West Third St., First Floor<br>San Bernardino, CA 92415-0360 | | | FOR NOTICE PURPOSES ONLY | | | | $ 0 | $ 0 |

Sheet no. 2 of attachment to Schedule of Creditors
Holding Unsecured Priority Claims

In re: <u>Baby Trend, Inc.</u>                    Case No. <u>06:09-BK-34090</u>
            Debtor                                          (If known)

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | TOTAL AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. DOROTHY GREDING 664 AZTEC WAY MONTEREY PARK CA 91755 | | | September 30, 2009 Compensation | | | | $674.83 | $674.83 |
| Last four digits of ACCOUNT NO. YOU FENG KUO 1353 SAN BERNARDINO APT #D UPLAND, CA 91789 | | | September 30, 2009 Compensation | | | | $449.94 | $499.94 |
| Last four digits of ACCOUNT NO. JEFFREY MEYER 1183 CORSHAM CIRCLE AKRON OH 44312 | | | September 30, 2009 Compensation | | | | $14,730.08 | $14,730.08 |
| | | | Total (Use only last page) | | | | $15,854.85 | $15,854.85 |

(Report total also on Summary of Schedules)

Sheet no. 3 of attachment to Schedule of Creditors
Holding Unsecured Priority Claims

Form B6F - Rev. 12/03)                                                    2003 USBC, Central District of California

In re:  **Baby Trend, Inc.**                                  Case No.    06:09-BK-34090
_____                                            _____
            Debtor                                                           (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and lasts four digits of the account number, if any, of all entities holding unsecured claims without priority against the debtor or the property of the debtor as of the date of filing of the petition. Do not include claims listed in Schedule D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete schedule H - Codebtors. If a joint petition is filed, state whether husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C," in the column labeled "Husband, Wife, Joint or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed in this schedule on the box labeled "Total" on the last sheet of the completed schedule. Repeat this total also on the Summary of Schedules.

☐  Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. BUREAV VERITAS HONG KONG, LTD 14630 COLLECTIONS CENTER DRIVE CHICAGO IL 60693 | | | FOR NOTICE PURPOSES ONLY | | | | $0.00 |
| Last four digits of ACCOUNT NO. CAUSEY HEATING & AIR-CONDITIONING PO BOX 401583 HESPERIA CA 92340 | | | FOR NOTICE PURPOSES ONLY | | | | $0.00 |
| Last four digits of ACCOUNT NO. ADC TECHNOLOGIES 4631 TELLER AVENUE SUITE 130 NEW PORT BEACH, CA 92660 | | | FOR NOTICE PURPOSES ONLY | | | | $0.00 |
| Last four digits of ACCOUNT NO. BAKER & DANIELS 300 N. MERIDIAN STREET SUITE 2700 INDIANAPOLIS IN 46204-1782 | | | FOR NOTICE PURPOSES ONLY | | | | $0.00 |

Form B6F - Rev. 12/03)

In re:  **Baby Trend, Inc.**
_____
            Debtor

**2003 USBC, Central District of California**
Case No.     06:09-BK-34090
                          {if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. ___ CHARLES L. MURRAY III 523 WEST SIX STREET #702 LOS ANGELES CA 90014 | | | FOR NOTICE PURPOSES ONLY | | | | $0.00 |
| Last four digits of ACCOUNT NO. ___ CALIFORNIA PACKING 3401 ETIWANDA AVENUE BUILDING 1011-D MIRA LOMA CA 91752 | | | FOR NOTICE PURPOSES ONLY | | | | $0.00 |
| Last four digits of ACCOUNT NO. ___ CHALKER FLORES, LLP 2711 LBJ FREEWAY #1036 DALLAS TX, 75234 | | | FOR NOTICE PURPOSES ONLY | | | | $0.00 |
| Last four digits of ACCOUNT NO. ___ CHEN YOSHIMURA LLP 255 SOUTH GRAND AVENUE #215 LOS ANGELES CA 90012 | | | FOR NOTICE PURPOSES ONLY | | | | $0.00 |
| Last four digits of ACCOUNT NO. ___ FEDERAL EXPRESS PO BOX 7221 PASADENA CA 91109-7321 | | | FOR NOTICE PURPOSES ONLY | | | | $0.00 |

Form B6F - Rev. 12/03)

In re:  Baby Trend, Inc.
_____
                    Debtor

2003 USBC, Central District of California

Case No.    06:09-BK-34090
                      (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. LAW OFFICES OF CURTIS C CHEN ASSOCIATE 535 ANTON BLVD $810 COSTA MESA CA 92626 | | | FOR NOTICE PURPOSES ONLY | | | | $0.00 |
| Last four digits of ACCOUNT NO. FRIST2PRINT, LLC 45 EST 36TH STREET NEW YORK CA 10018 | | | FOR NOTICE PURPOSES ONLY | | | | $0.00 |
| Last four digits of ACCOUNT NO. JPACK INTL INC. 19789 EAST HARRISON AVENUE CITY OF INDUSTRY CA 91789 | | | FOR NOTICE PURPOSES ONLY | | | | $0.00 |
| Last four digits of ACCOUNT NO. HORVITZ & LEVY, LLP 15760 VENTURA BLVD. FLOOR 18 ENCINO CA 91436-3000 | | | FOR NOTICE PURPOSES ONLY | | | | $0.00 |
| Last four digits of ACCOUNT NO. PACIFIC COST PROPANE LLC PO BOX 0427 RIALTO CA 92377-0427 | | | FOR NOTICE PURPOSES ONLY | | | | $0.00 |

Form B6F - Rev. 12/03)

In re:   Baby Trend, Inc.

                    Debtor

2003 USBC, Central District of California

Case No.   06:09-BK-34090
                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. HK QINGYANG CO LIMITED SAN XING INDUSTRIAL AREA QING XI TOWN DONGGUAN CITY GUANG DONG, CHINA | | | FOR NOTICE PURPOSES ONLY | | | | $0.00 |
| Last four digits of ACCOUNT NO. JACKSON LEWIS LLP 725 S. FIGUEROA STREET #2500 LOS ANGELES CA 90017 | | | FOR NOTICE PURPOSES ONLY | | | | $0.00 |
| Last four digits of ACCOUNT NO. KU& FONG 523 WEST SIX STREET #707 LOS ANGELES CA 90014-1225 | | | FOR NOTICE PURPOSES ONLY | | | | $0.00 |
| Last four digits of ACCOUNT NO. KCCW ACCOUNTANCY CORP 22632 GOLDEN SPRINGS DRIVE #230 DIAMOND CA 91765 | | | FOR NOTICE PURPOSES ONLY | | | | $0.00 |
| Last four digits of ACCOUNT NO. MGA RESEARCH CORPORATION 111E WISCONSIN AVE FLOOR 10 MILWAUKEE WI 53268-9916 | | | FOR NOTICE PURPOSES ONLY | | | | $0.00 |

Form B6F - Rev. 12/03)

In re:  **Baby Trend, Inc.**

Debtor

2003 USBC, Central District of California

Case No.   06:09-BK-34090

(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. _____<br>MILLENIUM DEVELOPMENT CORP<br>5497 GROVE ROAD<br>CLITON OH, 44216 | | | FOR NOTICE PURPOSES ONLY | | | | $0.00 |
| Last four digits of ACCOUNT NO. _____<br>MDB TRANSPORTATION<br>6802 WATCHER STREET<br>COMMERCE, CA 90040 | | | Trade Debt | | | | $1,770.00 |
| Last four digits of ACCOUNT NO. _____<br>NEW CENTURY INSURANCE INC.<br>16 N. 2ND STREET<br>ALHAMBRA CA 91801 | | | FOR NOTICE PURPOSES ONLY | | | | $0.00 |
| Last four digits of ACCOUNT NO. _____<br>PRINCETON INNOVATIONS, INC.<br>2204 58TH AVE EAST<br>BRADENTON FL 34203 | | | FOR NOTICE PURPOSES ONLY | | | | $0.00 |
| Last four digits of ACCOUNT NO. _____<br>POLYFUSION, LLC<br>310 N. INDIAN HILL BLVD<br>CLAREMONT, CA 91711-4611 | | | FOR NOTICE PURPOSES ONLY | | | | $0.00 |

Form B6F - Rev. 12/03)

In re:  **Baby Trend, Inc.**
_____
Debtor

2003 USBC, Central District of California

Case No.  ___06:09-BK-34090___
(If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. _____ ROPERS, MAJESKI, KOHN & BENTELY 1001 MARSHALL STREET REDWOOD CITY CA 94063 | | | FOR NOTICE PURPOSES ONLY | | | | $0.00 |
| Last four digits of ACCOUNT NO. _____ DENNY TSAI 1607 S. CAMPUS AVENUE ONTARIO CA 91761 | | | FOR NOTICE PURPOSES ONLY | | | | $0.00 |
| Last four digits of ACCOUNT NO. _____ BETTY TSAI 1607 S. CAMPUS AVENUE ONTARIO CA 91761 | | | FOR NOTICE PURPOSES ONLY | | | | $0.00 |
| Last four digits of ACCOUNT NO. _____ UPWARD PACIFIC LLC 1607 S. CAMPUS AVENUE ONTARIO CA 91761 | | | FOR NOTICE PURPOSES ONLY | | | | $0.00 |
| Last four digits of ACCOUNT NO. _____ UPS SUPPLY CHAIN SOLUTIONS, INC 28013 NETWORK PLACE CHICAGO IL, 60673 | | | FOR NOTICE PURPOSES ONLY | | | | $0.00 |

Form B6F - Rev. 12/03)

In re: __Baby Trend, Inc._____

Debtor

2003 USBC, Central District of California

Case No. ___06:09-BK-34090_____
(If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. _____ ANN BLAY 3960 OLIVE AVE LONG BEACH CA 90807 | | | FOR NOTICE PURPOSES ONLY | | | | $0.00 |
| Last four digits of ACCOUNT NO. _____ OMG, INC. 81 S.9TH STREET $240 MINNEAPOLIS, MN 545402 | | | FOR NOTICE PURPOSES ONLY | | | | $0.00 |
| Last four digits of ACCOUNT NO. _____ LAKE SHORE SALES 1011 NORFOLK LANE GRAYSLAK IL 60030-1139 | | | FOR NOTICE PURPOSES ONLY | | | | $0.00 |
| Last four digits of ACCOUNT NO. _____ BILL WEBER 1607 S. CAMPUS DRIVE ONTARIO CA 91761 | | | FOR NOTICE PURPOSES ONLY | | | | $0.00 |
| Last four digits of ACCOUNT NO. _____ ROBERT GARDNER c/o Steven R. Young 600 Anton Boulevard, Suite 650 Costa Mesa, California 92626 | | | Judgment Entered Sept. 2009 | | | X | $8,099,722.00 |

Form B6F - Rev. 12/03)

In re: __Baby Trend, Inc._____
                        Debtor

2003 USBC, Central District of California
Case No. ___06:09-BK-34090___
                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

## (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. GRAND PACIFIC TRADING GROUP Jinlong Industrial Area Qing Xi Town, Dongguan City, Guangdong, China | | | Trade Debt | | | | $2,697,523.10 |
| Last four digits of ACCOUNT NO. CHILDWELL ENTERPRISES Yin Hu Industrial Zone Ching Shi Jen, Dongguan City, Canton Province, China | | | Trade Debt | | | | $524,567.50 |
| Last four digits of ACCOUNT NO. ZHEJIANG CH LINDO CO., LTD. No. 658 Hongyan Road Economic Development Zone Shangyu, Zhejiang 312300, China | | | Trade Debt | | | | $122,983.20 |
| Last four digits of ACCOUNT NO. UNIVERSAL PLASTIC MOLD 13245 Los Angeles St. Baldwin, California 91706 | | | Trade Debt | | | | $121,752.40 |
| Last four digits of ACCOUNT NO. CONTINENTAL AGENCY, INC. 1400 Montefino Ave. #200 Diamond Bar, California 91765 | | | Trade Debt | | | | $58,776.34 |

Form B6F - Rev. 12/03)

In re:  Baby Trend, Inc.
_____
                    Debtor

2003 USBC, Central District of California
Case No.    06:09-BK-34090
                              (If known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM, IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Last four digits of ACCOUNT NO. _____ JOOVY, LLC and Albert T. Fairclough c/o Paul V. Storm Storm LLP 901 Main Street, Suite 7100 Dallas, Texas 75202 | | | | X | X | X | $0.00 |
| Last four digits of ACCOUNT NO. _____ LINK TREASURE LIMITED c/o Keith E. Butler Clausen Miller P.C. 2040 Main Street, Suite 500 Irvine, California 92614 | | | | X | X | X | $0.00 |
| | | | | | | Total (Use only last page) | $11,627,093.00 |

(Report total also on Summary of Schedules)

Form B6G - (10/89)

In re:  Baby Trend, Inc.
_____
                Debtor

1998 USBC, Central District of California

Case No.   06:09-BK-34090
                (If known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.    Include any timeshare interests.

State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.    State whether debtor is the lessor or lessee of a lease.

Provide the names and complete mailing addresses of all other parties to each lease or contract described.

**Note: A party listed on this schedule will not receive notice of the filing of this case unless the party is also scheduled in the appropriate schedule of creditors.**

☒   Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.   STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.   STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| UPWARD PACIFIC, LLC.<br><br>PO BOX 2697<br><br>CHINO HILLS CA 91709 | COMMERICAL BUILDING |
| PRINCETON INNOVATIONS, INC.<br><br>2204 58TH AVE EAST<br><br>BRADENTON, FL 34203 | LESSEE PRODUCT DEVELOPMENT |
| MILLENIUM DEVELOPMENT CORP<br><br>5497 GROVE ROAD<br><br>CLINTON, OH 44216 | LEESSEE PRODUCT DEVEOPMENT |
| DOUGLAS AND DIANA THARALSON<br><br>29995 MULHOLLAND HWY<br><br>AGOURA, CA 91301 | LEESSEE PRODUCT DEVEOPMENT |
| Toys "R" Us/Babies "R" Us<br>One Geoffrey Way, Terrace Building<br>Wayne, NJ 07470 | CUSTOMER SUPPLIER CONTRACT |
| Toys "R" Us Canada<br>2777 Langstaff Road<br>Concord, Ontario, L4K 4M5, Canada | CUSTOMER SUPPLIER CONTRACT |
| ToysRUs.com<br>One Geoffrey Way, Terrace Building<br>Wayne, NJ 07470 | CUSTOMER SUPPLIER CONTRACT |
| Target<br>7100 Target Pkwy North<br>Minneapolis, MN 55445 | CUSTOMER SUPPLIER CONTRACT |

Form B6G - (10/89)

1998 USBC, Central District of California

In re:  __Baby Trend, Inc.__

Debtor

Case No.  __06:09-BK-34090__

(If known)

| NAME AND MAILING ADDRESS INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT |
|---|---|
| Target.com<br>TNC 3110<br>P.O. Box 9493<br>Minneapolis, MN 55440 | CUSTOMER SUPPLIER CONTRACT |
| Wal-mart<br>5841 SW Regional Airport Blvd.<br>Bentonville, AR 72712 | CUSTOMER SUPPLIER CONTRACT |
| Wal-mart.com<br>8827 S. Old River Road<br>Marcy, NY 13409 | CUSTOMER SUPPLIER CONTRACT |
| Wal-mart Canada<br>1940 Argentia Road<br>Mississauga, Ontario, L5N 1P9, Canada | CUSTOMER SUPPLIER CONTRACT |
| Burlington Coat Factory<br>1830 Routh 130 North<br>Burlington, NJ 08016 | CUSTOMER SUPPLIER CONTRACT |
| Sears<br>3333 Beverly Road<br>Hoffman Estates, IL 60179 | CUSTOMER SUPPLIER CONTRACT |
| Meijers<br>P.O. Box X<br>Grand Rapids, MI 49501 | CUSTOMER SUPPLIER CONTRACT |
| Buy Buy Baby<br>c/o Bed Bath & Beyond – Dept. C<br>P.O. Box 3118<br>Union, NJ 07083 | CUSTOMER SUPPLIER CONTRACT |
| Shopko<br>P.O. Box 19045<br>Green Bay, WI 54307 | CUSTOMER SUPPLIER CONTRACT |
| H.G. Robert Fong<br>Ku & Fong<br>523 W. 6th Street, Suite 707<br>Los Angeles, California 90014-1225 | LEGAL SERVICES AGREEMENT |
| TREVOR CARTER<br>BAKER & DANIELS L.L.P.<br>300 N. Meridian Street, Suite 2700<br>Indianapolis, IN 46204 | LEGAL SERVICES AGREEMENT |
| DANIEL GONZALEZ<br>HORVITZ & LEVY L.L.P.<br>15760 Ventura Boulevard, 18th Floor<br>Encinco, CA 91436 | LEGAL SERVICES AGREEMENT |

Form B6G
(12/95)

Form B6H - (6/90)

In re:  Baby Trend, Inc.
_____
          Debtor

1998 USBC, Central District of California

Case No.  06:09-BK-34090
                    (If known)

## SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signors. In community property states, a married debtor not filing a joint return should report the name and address of the nondebtor spouse on this schedule. Include all names used by the nondebtor spouse during the six months immediately preceding the commencement of this case.

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| BETTY TSAI & DENNY TSAI<br><br>PERSONAL GARANTY<br><br>1607 South Campus Ave. Ontario, CA 91761 | DBS BANK<br><br>445 S. Figueroa St. Suite#3550 Los Angeles CA 90071 |

FORM B6 - Continued - (Rev. 12/03)

In re:   Baby Trend, Inc.                    Debtor

Case No.  06:09-BK-34090      (if known)

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

· I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information and belief.

(Total shown on summary page plus 1)

Date _____        Signature: _____  Debtor

Signature: _____  (Joint Debtor, if any)

Date _____

(If joint case, both spouses must sign.)

### CERTIFICATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

Printed or Typed Name of Bankruptcy Petition Preparer

Complete Social Security Number
(Required by 11 U.S.C. § 110(c).)

Address

Name and complete Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.

X _____                    _____
Signature of Bankruptcy Petition Preparer           Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment. 11 U.S.C. § 110; 18 U.S.C. § 156.

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, Betty Tsai    the President of   CEO
Baby Trend, Inc.    the corporation named as debtor in this case, declare under penalty of perjury
that I have read the foregoing summary and schedules, consisting of _21_ sheets, and that they are true and
correct to the best of my knowledge, information and belief.

(Total shown on summary page plus 1.)

Date 10|16|2009        Signature: _____

BETTY TSAI, CHIEF EXECUTIVE OFFICER
[Print or type name of individual signing on behalf of debtor.]

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

8795790.1

**United States Bankruptcy Court**
**Central District of California**

In re :  **Baby Trend, Inc.**

                                        Debtor

Case No.  06:09-bk-34090
Chapter  **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above mentioned debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | See Employment Application |
| Prior to the filing of this statement, I have received | $ | 113,044.50 |
| Balance Due | $ | 0.00 |

2    The source of compensation paid to me was:

☒ Debtor          ☐ Other (specify)

3.    The source of compensation to be paid to me is:

☒ Debtor          ☐ Other (specify)

4.  ☒    I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐    I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a)    Analysis of the debtor's financial situation, and rendering advice and assistance to the debtor(s) in determining whether to file a petition in bankruptcy;

b)    Preparation and filing of any petition, schedule, statement of affairs, and plan which may be required;

c)    Representation of the debtor at the meeting of creditors, confirmation hearing and any adjourned hearings thereof;

d)    Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

e)    (Other provisions as needed)  See application to employ Snell & Wilmer LLP to be submitted within 15 days.

6.  By agreement  with the debtor(s) the above disclosed fee does not include the following services:  None

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or agreement for payment to me for representation of the debtor(s) in this bankruptcy proceeding, except as also discussed in the Employment Application.

Dated:  **October** 26 , **2009**

Michael B. Reynolds, Bar No. 174534
**Snell & Wilmer L.L.P.**
Attorney for Debtor(s)

---

9970754.1

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.    A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

2.    (If petitioner is a partnership or joint venture)  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**Not applicable**

3.    (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, or an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows:  (Set forth the complete number and title of such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**None**

4.    (If petitioner is an individual) A petition under the Bankruptcy Reform Act OF 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate.  Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)

**Not applicable**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____ONTARIO_____ , California

Dated   _10-26-09_

_____
Debtor

BETTY TSAI , CHIEF EXECUTIVE OFFICER

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California

*Revised May 2004*

**F 1015-2.1**

8799182.1

Form B1, Exh.A - (Rev. 3/98)                                              1998 USBC, Central District of California

## Exhibit "A"

[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]

In re:    **Baby Trend, Inc.**                                 Case No.
                                                              Chapter    11

## Exhibit " A " to Voluntary Petition

1.    If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934,
      the SEC file number is          **INAPPLICABLE**          .

2.    The following financial data is the latest available information and refers to the debtor's condition on
      _____ .

      a.    Total assets                                      $ _____

      b.    Total debts (including debts listed in 2.c., below)    $ _____

                                                                              Approximate
                                                                              number of
                                                                              holders

      c.    Debt securities held by more than 500 holders.
            ☐ secured    ☐ unsecured    ☐ subordinated    _____    _____
            ☐ secured    ☐ unsecured    ☐ subordinated    _____    _____
            ☐ secured    ☐ unsecured    ☐ subordinated    _____    _____
            ☐ secured    ☐ unsecured    ☐ subordinated    _____    _____
            ☐ secured    ☐ unsecured    ☐ subordinated    _____    _____
      d.    Number of shares of preferred stock              _____    _____
      e.    Number of shares of common stock                 _____    _____

            Comments, if any:

3.    Brief description of debtor's business:
      Disposition of the real property assets currently scheduled.

4.    List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the
      voting securities of debtor:

1  Michael B. Reynolds (#174534)
   Jasmin Yang (#255254)
2  SNELL & WILMER L.L.P.
   600 Anton Blvd., Suite 1400
3  Costa Mesa, CA 92626
   Phone (714) 427-7000
4  Facsimile (714) 427-7799

5  [Proposed] Attorneys for Baby Trend, Inc., Debtor and
   Debtor-in-Possession

6

7

8              IN THE UNITED STATES BANKRUPTCY COURT

9      FOR THE CENTRAL DISTRICT OF CALIFORNIA-RIVERSIDE DIVISION

10 | In Re:                          | Proceedings Under Chapter 11

11 | BABY TREND, INC.                | Case No. 06:09-BK-34090

12 |              Debtor and         | **STATEMENT OF EQUITY SECURITY**
   |              Debtor-in-         | **HOLDERS**
13 |              Possession.        |

14      Pursuant to Bankruptcy Rule 1007(a)(3), the Debtor, through its proposed counsel,

15  submits the attached list of equity security holders.

16      DATED this 26th day of October, 2009.

17                      SNELL & WILMER L.L.P.

18
                   By /s/ MBR (SBN 174534)
19                     Michael B. Reynolds
                       Proposed Attorneys for Debtor
20

21

22

23

24

25

26

*Snell & Wilmer*
*L.L.P.*
*LAW OFFICES*
*One Arizona Center, 400 E. Van Buren*
*Phoenix, Arizona 85004-2202*
*(602) 382-6000*

9970265.1

# LIST OF EQUITY SECURITY HOLDERS

| Name and Address | Number and Kind of Interest |
|---|---|
| **Denny Tsai, President**<br>**1697 South Campus avenue**<br>**Ontario, California 97161** | **70.5%** |
| **Betty Tsai, Secretary/Treasurer/CEO**<br>**1697 South Campus avenue**<br>**Ontario, California 97161** | **29.5%** |

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren
Phoenix, Arizona 85004-2202
(602) 382-6000

9970265.1

| Party Name, Address, and Telephone Number (*CA State Bar No. if applicable*) | FOR COURT USE ONLY |
|---|---|
| Michael B. Reynolds (#174534)<br>Snell & Wilmer L.L.P.<br>600 Anton Boulevard, Ste. 1400<br>Costa Mesa, CA 92626<br>(714) 427-7000 | |
| **UNITED STATES BANKRUPTCY COURT** | |

| In re:<br><br>Baby Trend Inc.<br>1697 South Campus Ave<br>Ontario, CA 97161<br>Tel: 909-773-0018<br><br>Debtor. | CHAPTER 11<br>CASE NUMBER 6:09-BK-34090<br><br>(No Hearing Required) |
|---|---|

## VENUE DISCLOSURE FORM
## FOR CORPORATIONS FILING CHAPTER 11
### (*Required by General Order 97-02-*)

*\*Attach additional sheets as necessary and indicate so in each section\**

1.    Specify the address of the principal office of the Debtor currently on file with the California Secretary of State (from Form S0100, S0200, or S0300):

Baby Trend Inc.
1697 South Campus Ave
Ontario, CA 97161
Tel: 909-773-0018

2.    Specify the address of the principal office of the Debtor listed on the Debtor's most recent federal tax return:

Baby Trend Inc.
1697 South Campus Ave
Ontario, CA 97161
Tel: 909-773-0018

3.    Disclose the current business address(es) for all corporate officers:

Baby Trend Inc.
1697 South Campus Ave
Ontario, CA 97161
Tel: 909-773-0018

4.    Disclose the current business address(es) where the Debtor's books and records are located:

Baby Trend Inc.
1697 South Campus Ave
Ontario, CA 97161
Tel: 909-773-0018

---

*Rev. 12/99* This form is required pursuant to General Order 97-02.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**VEN-C**

Venue Disclosure Form for Corporations Filing Chapter 11 - Page Two (2)    **VEN-C**

| In re:<br>Baby Trend Inc.<br>1697 South Campus Ave<br>Ontario, CA 97161<br>Tel: 909-773-0018 | CHAPTER 11<br>CASE NUMBER : 06:09-BK-34090 |
|---|---|
| Debtor. | |

5.  List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor's most recent balance sheet:

Baby Trend Inc.
1697 South Campus Ave
Ontario, CA 97161
Tel: 909-773-0018

6.  Disclose any different address(es) to those listed above within six months prior to the filing of the petition and state the reasons for the change in address(es):

N/A

7.  State the name and address of the officer signing this Statement and the relationship of such person to the Debtor (specify):

DENNY TSAI - PRESIDENT

8.  Total number of attached pages of supporting documentation:  ------------

9.  I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on the __16th__ day of October 2009, at Ontario, California.

BETTY TSAI
_____
Type Name of Officer

CHIEF EXECUTIVE OFFICER
_____
Position or Title of Officer

_____
Signature of Declarant

8796788.1