1  Michael B. Reynolds (#174534)
   mreynolds@swlaw.com
2  Jasmin Yang (#255254)
   jyang@swlaw.com
3  SNELL & WILMER L.L.P.
   600 Anton Boulevard
4  Suite 1400
   Costa Mesa, CA  92626-7689
5  Telephone: (714) 427-7000

6  Attorneys for Baby Trend, Inc.
   Debtor and Debtor-in-Possession.

**FILED & ENTERED**

**DEC 20 2010**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY sandoval DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA
# RIVERSIDE DIVISION

| | |
|---|---|
| In Re:<br><br>BABY TREND, INC., Debtor and Debtor-in-Possession. | CASE NO. 6:09-bk-34090-CB<br><br>Chapter 11 Proceeding<br><br>**AMENDED ORDER RE: MOTION BY DEBTOR FOR ORDER EXTENDING EXCLUSIVE PERIODS WITHIN WHICH TO PROPOSE A CHAPTER 11 PLAN AND TO SOLICIT ACCEPTANCES THERETO**<br><br>Date:     November 23, 2010<br>Time:     2:00 p.m.<br>Location: 3420 Twelfth Street, Courtroom 303<br>          Riverside, California 92501 |

On November 23, 2010, at 2:00 a.m., in Courtroom 303 of this above-captioned Court, a hearing was held before the Honorable Catherine Bauer, United States Bankruptcy Judge, in connection with the "Motion by Debtor for Order Extending Exclusive Periods Within Which to Propose a Chapter 11 Plan and to Solicit Acceptances Thereto" (the "Motion") filed on November 2, 2010 at docket entry no. 140 by Baby Trend, Inc., debtor and debtor in possession in the above-captioned chapter 11 case (the "Debtor"), for an order extending the periods within

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626 -7689
(714) 427 -7000

56844.0004\YANGJ\SWDMS\12323591

which the Debtor has the exclusive right to propose a Chapter 11 plan and to solicit acceptances thereto (the "Exclusivity Periods"). Jasmin Yang of Snell & Wilmer L.L.P. appeared on behalf of the Debtor. James Till appeared on behalf of Robert Gardner and Joovy LLC. Everett L. Green appeared on behalf of the United States Trustee (the "UST"). The Court having considered the Motion, the Limited Opposition to the Motion filed by the UST at docket entry no. 146, the arguments of counsel, and finding good cause appearing therefor, hereby ORDERS as follows:

1. The period within which the Debtor has the exclusive right to propose a Chapter 11 plan is extended to and including January 27, 2011.

2. The period within which the Debtor has the exclusive right to solicit acceptances to a Chapter 11 plan is extended to and including March 28, 2011.

###

DATED: December 20, 2010

United States Bankruptcy Judge

56844.0004\YANGJ\SWDMS\12323591

- 2 -

| | |
|---|---|
| In re:  BABY TREND, INC.,<br><br>Debtor and Debtor-in-Possession | CHAPTER 11<br><br>CASE NO. – 6:09-bk-34090-CB |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate a NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is 350 South Grand Avenue, Suite 2600, Los Angeles, California 90071. The foregoing documents described as: **AMENDED ORDER RE: MOTION BY DEBTOR FOR ORDER EXTENDING EXCLUSIVE PRERIODS WITHIN WHICH TO PROPOSE A CHAPTER 11 PLAN AND TO SOLICIT ACCEPTANCES THERETO**, will be served or was served in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document.  On **December 16, 2010,** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

**II. SERVED BY U.S. MAIL, PERSONAL DELIVERY, OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:** On **December 16, 2010,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail and/or with an overnight mail service addressed as follows:

Judge Catherine E. Bauer          (via Federal Express)
United States Bankruptcy Court
Central District
3420 Twelfth Street
Riverside,  CA 92501-3819

☒ Service information continued on attached page

**III. SERVED BY FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to Fed. R. Civ. Proc. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies), who consented in writing to such service method, by facsimile transmission and/or email as follows:

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 16, 2010 | Digna B. Anonas | /s/ Digna B. Anonas |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

56844.0004\YANGJ\SWDMS\12323591

## I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")

- Emily R Culler - eculler@omm.com
- Abram Feuerstein - abram.s.feuerstein@usdoj.gov
- Bernard R Given - bgiven@frandzel.com, efiling@frandzel.com;shom@frandzel.com;bgiven@frandzel.com
- Jeffrey I Golden - jgolden@wgllp.com
- Ileana M. Hernandez – ihernandez@manatt.com
- Nicole S. Magaline – nmagaline@schiffhardin.com
- Michael B Reynolds - mreynolds@swlaw.com, kcollins@swlaw.com
- James E Till - jtill@thelobelfirm.com, jmattiace@thelobelfirm.com;pnelson@thelobelfirm.com
- United States Trustee (RS) - ustpregion16.rs.ecf@usdoj.gov
- Jasmin Yang - jyang@swlaw.com

## II. TO BE SERVED BY U.S. MAIL:

Penny M. Costa
2029 Century Park East
Suite 800
Los Angeles, CA  90067-2909

**Debtor**
Baby Trend Inc
1607 S Campus Ave
Ontario, CA  91761

**US Trustee**
Office of United States Trustee
3685 Main Street Suite 300
Riverside, CA  92501

**Secured Creditors**
**Attorneys for Cathay Bank:**
Mike Fletcher
Bernard Given
Frandzel Robins Bloom & Csato, L.C.
6500 Wilshire Blvd., 17th Floor
Los Angeles, CA  90048-4920

**Attorney for Robert Gardner**
James Till
The Lobel Firm
840 Newport Center Drive
Suite 750
Newport Beach, CA  92660

**Requests for Special Notice:**
(None listed at this time)

**20 Largest Unsecured Creditors:**
Robert Gardner
c/o Steven R Young
Law Offices of Steven R Young
600 Anton Blvd Suite 650
Costa Mesa, CA  92626

Grand Pacific Trading Group
Jinglong Industrial Area
Qing Xi Town Dongguan City
Guang Dong, CHINA

Childwell Enterprise Corp
Yin Hu Industrial Zone
Ching Shi Jen Dongguan City
Canton Province, CHINA

Zhejiang Ch Lindo Co Ltd
No 658 Hongyan Rd
Economic Development Zone
Shangyu, Zhejiang 312330, CHINA

Universal Plastic Mold
13245 Los Angeles St
Baldwin, CA  91706

Continental Agency Inc
1400 Montefino Ave Suite 200
Diamond Bar, CA  91765

MDB Transportation
6802 Watcher St
Commerce, CA  90040

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626 -7689
(714) 427 -7000

56844.0004\YANGJ\SWDMS\12323591

| In re: Baby Trend, Inc. | CHAPTER: 11 |
|---|---|
| Debtor(s). | CASE NUMBER: 6:09-bk-34090 CB |

### NOTE TO USERS OF THIS FORM:

**1)** Attach this form to the last page of a proposed Order or Judgment. Do not file as a separate document.
**2)** The title of the judgment or order and all service information must be filled in by the party lodging the order.
**3) Category I.** below: The United States trustee and case trustee (if any) will always be in this category.
**4**) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **AMENDED ORDER RE: MOTION BY DEBTOR FOR ORDER EXTENDING EXCLUSIVE PRERIODS WITHIN WHICH TO PROPOSE A CHAPTER 11 PLAN AND TO SOLICIT ACCEPTANCES THERETO,** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of December 16, 2010, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

- Emily R Culler    eculler@omm.com
- Abram Feuerstein    abram.s.feuerstein@usdoj.gov
- Bernard R Given - bgiven@frandzel.com, efiling@frandzel.com;shom@frandzel.com;bgiven@frandzel.com
- Jeffrey I Golden    jgolden@wgllp.com
- Ileana M. Hernandez    ihernandez@manatt.com
- Nicole S. Magaline    nmagaline@schiffhardin.com
- Michael B Reynolds    mreynolds@swlaw.com, kcollins@swlaw.com
- James E Till    jtill@thelobelfirm.com,jmattiace@thelobelfirm.com,pnelson@thelobelfirm.com
- United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
- Jasmin Yang    jyang@swlaw.com

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

☐ Service information continued on attached page

**III.  TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009* **F 9021-1.1**

56844.0004\YANGJ\SWDMS\12323591